NO. 07-12-0194-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL A
 
 AUGUST 20, 2012
 ______________________________
 
 
 SENDERRO CONSTRUCTION SERVICES, INC., APPELLANT
 
 V.
 
 DENISE RODRIGUEZ, INDIVIDUALLY AND AS NEXT FRIEND
 OF JOSE RODRIGUEZ III, GABRIELLE RODRIGUEZ AND
 GILLIAN RODRIGUEZ, MINORS, APPELLEES
 
 
 _________________________________
 
 FROM THE 53[RD] DISTRICT COURT OF TRAVIS COUNTY;
 
 NO. D-I-GN-09-001075; HONORABLE ORLINDA NARANJO, JUDGE
 
 _______________________________
 
Before CAMPBELL and HANCOCK and PIRTLE, JJ.
 MEMORANDUM OPINION
 On May 29, 2012, this Court abated this appeal and remanded the cause at the request of the parties to effectuate a settlement agreement. Now pending before this Court is Senderro Construction Services, Inc.'s Unopposed Motion to Dismiss in which it represents that on May 31, 2012, the trial court approved the parties' settlement agreement, vacated the judgment and dismissed the case without prejudice. We reinstate this appeal and grant the motion to dismiss. Having dismissed the appeal at the request of Senderro Construction Services, Inc., no motion for rehearing will be entertained and our mandate will issue forthwith.
 
 Patrick A. Pirtle
 Justice